UNITED STATES of America,
Plaintiff—Appellee,

v.

Manuel GONZALEZ–TRUJILLO,
Defendant—Appellant.

No. 01–50401.

D.C. No. CR–01–00078–GHK–1.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Huerta–Sanchez's request for oral argument is denied.

Submitted Feb. 11, 2002.*

Decided Feb. 22, 2002.

Before B. FLETCHER, T.G. NELSON, TALLMAN, Circuit Judges.

MEMORANDUM **

Manuel Gonzalez–Trujillo appeals his conviction by guilty plea and sentence for being an illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. Gonzalez–Trujillo's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that he failed to discover any arguable issues for review. Our independent review of the record discloses no arguable issues. The judgment is therefore

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.